JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIONNA BOSTON,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:26-cv-00990-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about June 30, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE